

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ**,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  October 1, 2014

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of

service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

PER CURIAM